UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID CORRAO,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 2:25-cv-01622-DAD-CKD

ORDER RELATING AND CONSOLIDATING CASES

DAVID CORRAO et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 2:25-cv-03549-DC-AC

Before the court is the parties' joint stipulation requesting that the court consolidate two cases: (i) *Corrao v. USA*, 2:25-cv-01622-DAD-CKD, which was filed on June 11, 2025 and is currently pending before the undersigned ("*Corrao I*"); and (ii) *Corrao et al v. USA*, 2:25-cv-03549-DC-AC, which was filed on December 9, 2025 and is currently pending before United States District Judge Dena M. Coggins ("*Corrao II*"). (2:25-cv-01622-DAD-CKD Doc. No. 17.) The parties filed an identical joint stipulation in *Corrao II* on March 26, 2026. (2:25-cv-03549-DC-AC Doc. No. 8.) Both stipulations are signed by all parties in both actions. (2:25-cv-01622-DAD-CKD Doc. No. 17 at 2); (2:25-cv-03549-DC-AC Doc. No. 8 at 2.)

/////

1

The parties did not file a notice of related cases in either action pursuant to Local Rule 123(b) ("Counsel who has reason to believe that an action on file or about to be filed may be related to another action on file (whether or not dismissed or otherwise terminated) shall promptly file in each action and serve on all parties in each action a Notice of Related Cases."). Nonetheless, the parties' stipulation expresses their belief that the two cases are related. (*See* 2:25-cv-01622-DAD-CKD Doc. No. 17 at 2) ("Each of the above-entitled actions involves common facts and common legal issues and all of witnesses will testify in both actions. A single trial will avoid unnecessary costs and delays and will serve the interests of economy and convenience.").

Moreover, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." In exercising its discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).

Here, the court finds that the above-captioned actions involve the same or similar parties, claims, and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings. Thus, good cause exists to consolidate these cases.

Accordingly,

1.    The parties' joint stipulation to consolidate (2:25-cv-01622-DAD-CKD Doc. No. 17) is GRANTED;

    a.    Plaintiffs shall file a consolidated complaint by no later than thirty (30) days after entry of this order;

    b.    Defendant's response to the consolidated complaint shall be filed by no later than thirty (30) days after service of the consolidated complaint; and

/////

/////

/////

2

    c.    If defendant's response is a motion to dismiss, then plaintiffs shall file their opposition or statement of non-opposition by no later than thirty (30) days after service of that motion, and defendant's reply shall be filed within twenty-one (21) after service of plaintiffs' opposition.

2.    The above-referenced cases are hereby related and consolidated for all purposes, including trial, pursuant to Federal Rule of Civil Procedure 42(a);

**3.**    The Clerk of the Court is directed to reassign case 2:25-cv-03549-DC-AC to District Judge Dale A. Drozd and Magistrate Judge Carolyn K. Delaney; and

4.    Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number. The Clerk of the Court is directed to administratively close the member case. Future captions should indicate the lead case number followed by the member case numbers as follows:

**Lead Case:**    **2:25-cv-01622-DAD-CKD**

**Member Case:**    **2:25-cv-03549-DAD-CKD**

IT IS SO ORDERED.

Dated:   **May 1, 2026**           _____

                         DALE A. DROZD
                         UNITED STATES DISTRICT JUDGE

3